UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERICK MOORE and
PRINSCILLA MOORE,

    Plaintiffs,

vs.

FORD MOTOR COMPANY,

    Defendant.

Case No. 2:07-cv-10539
Honorable Patrick J. Duggan
Magistrate Judge Steven D. Pepe

_____/

| DAVID A. KOTZIAN, PLLC | DICKINSON WRIGHT PLLC |
|---|---|
| David A. Kotzian (P38308) | D. Lee Khachaturian (P59966) |
| Attorney for Plaintiffs | Sherry D. O'Neal (P62288) |
| 31700 Middlebelt Road, Suite 150 | Attorneys for Defendant |
| Farmington Hills, MI 48334 | 500 Woodward Avenue, Suite 4000 |
| (248) 737-9991 | Detroit, MI 48226 |
| | (313) 223-3500 |

_____/

## STIPULATION OF DISMISSAL

NOW COME the parties, by and through their respective counsel, and hereby stipulate that the above matter be dismissed with prejudice and without costs to any party.

By:  s/ David A. Kotzian
      David A. Kotzian
      Attorney for Plaintiffs
      31700 Middlebelt Road, Suite 150
      Farmington Hills, Michigan 48334
      (248) 737-9991
      DavidKotzian@aol.com
      P38308

By:  s/ D. Lee Khachaturian
      D. Lee Khachaturian
      Attorney for Defendant
      500 Woodward Avenue – Suite 4000
      Detroit, MI 48226
      (313) 223-3500
      dkhachaturian@dickinson-wright.com
      P59966

Dated: June 24, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERICK MOORE and
PRINSCILLA MOORE,

    Plaintiffs,

vs.

Case No. 2:07-cv-10539
Honorable Patrick J. Duggan
Magistrate Judge Steven D. Pepe

FORD MOTOR COMPANY,

    Defendant.

_____/

| DAVID A. KOTZIAN, PLLC | DICKINSON WRIGHT PLLC |
|---|---|
| David A. Kotzian (P38308) | D. Lee Khachaturian (P59966) |
| Attorney for Plaintiffs | Sherry D. O'Neal (P62288) |
| 31700 Middlebelt Road, Suite 150 | Attorneys for Defendant |
| Farmington Hills, MI 48334 | 500 Woodward Avenue, Suite 4000 |
| (248) 737-9991 | Detroit, MI 48226 |
| | (313) 223-3500 |

_____/

## ORDER OF DISMISSAL

THIS MATTER HAVING come before the Court based upon the stipulation of the parties, and the Court being otherwise duly advised in the premises;

IT IS HEREBY ORDERED that the above matter is dismissed with prejudice and without costs to any party.

                                s/PATRICK J. DUGGAN
                                United States District Judge

June 25, 2008